1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 BRENDA BESSON, | Case No.  1:23-cv-01701-HBK |
| 12 Plaintiff, | ORDER TO PRO SE LITIGANT OF DISPOSTIVE MOTION |
| 13 v. | (Doc. No. 3) |
| 14 PRIYAM SETHI, ONIK CHOWDHURRY, FAMILY | ORDER VACATING INITIAL SCHEDULING CONFERENCE AND |
| 15 HEALTHCARE NETWORK, | RELATED DEADLINES |
| 16 Defendants. | (Doc. No. 2) |
| 17 | |

18      On December 8, 2023, Plaintiff's pro se action seeking damages for personal injury

19 stemming from medical or dental functions performed by Defendants was removed from the

20 Tulare Superior Court pursuant to the Federally Supported Health Centers Assistance Act, 42

21 U.S.C. § 233(c).  (Doc. No. 1).   The same day, new case documents issued, including: (1) Order

22 Setting Mandatory Scheduling Conference; (2) Notice of Direct Assignment to United States

23 Magistrate Judge; (3) Consent/Decline of U.S. Magistrate Judge Jurisdiction form; and (4)

24 Informational Order.  (See Doc. No. 2, 2-1, 2-2, 2-3).

25      On December 15, 2023, Defendants Dr. Priyam Sethi, Dr. Onik Chowdhury (named in the

26 Complaint as "Dr. Onik Chowdhurry") and Family Healthcare Network filed a motion seeking

27 (1) substitution of the United States of America as defendant pursuant to 42 U.S.C. § 233(c) and

28 (2) dismissal of this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, on

the grounds that Plaintiff failed to exhaust her administrative remedies.  (Doc. No. 3, "Motion").

As of the date of this Order, Plaintiff has not filed an amended complaint or otherwise filed an

opposition to the Motion and the time to do so has expired.  *See* Fed. R. Civ. P. 15(a)(1)(B)

(affording party 21 days to file an amended complaint in response to motion to dismiss under

Rule 12(b)); *see also* Local Rule 230(c) (affording party 14 days to file an opposition to a motion,

the failure of which may construed by the Court as a non-opposition).

Considering Plaintiff's pro se status, the Court sua sponte will grant Plaintiff a limited

extension of time to file either an amended complaint, if appropriate, or an opposition to the

Motion.  Alternatively, because no Defendant has answered or filed a motion for summary

judgment, Plaintiff may instead seek to voluntarily dismiss this action *without prejudice* by filing

a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A).

ACCORDINGLY, it is **ORDERED**:

1. **No later than February 2, 2024**, Plaintiff shall either file an amended complaint or
   opposition to Defendants' Motion (Doc. No. 3).   In the alternative, Plaintiff may fie a
   Notice of Voluntary Dismissal under Rule 41(a)(1)(A).

2. If Plaintiff fails to respond to this Order, the Court will deem Defendants' Motion
   (Doc. No. 3) unopposed and submitted.

3. The Court VACATES the Initial Scheduling Conference set for March 7, 2024 and all
   related deadlines.

4. The Parties shall return the Consent/Decline of U.S. Magistrate Judge Jurisdiction
   form issued with the New Case Documents no later than February 2, 2024.

Dated:   __January 16, 2024__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2